| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on October 23, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>   HYUN JEONG<br>   YOUN KYUNG JEONG | Case No.:  14-11816 RG<br><br>Hearing Date:  10/17/2018 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): HYUN JEONG
YOUN KYUNG JEONG

Case No.: 14-11816

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/17/2018 on notice to DONG SUNG KIM, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 14-11816-RG
Hyun Jeong Chapter 13
Youn Kyung Jeong
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Oct 23, 2018
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db/jdb +Hyun Jeong,   Youn Kyung Jeong,    1454 Westgate Drive,    Fort Lee, NJ 07024-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
 Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com,
  nj-ecfmail@ecf.courtdrive.com
 Celine P. Derkrikorian    on behalf of Creditor    HSBC Bank USA, N.A. njecfmail@mwc-law.com
 Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A. dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
 Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
 Dong Sung Kim    on behalf of Debtor Hyun   Jeong kimchoikim@gmail.com
 Dong Sung Kim    on behalf of Joint Debtor Youn Kyung   Jeong kimchoikim@gmail.com
 Marie-Ann Greenberg    magecf@magtrustee.com
 Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
 TOTAL: 8