**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Hyun Jeong | Social Security number or ITIN  xxx–xx–3846 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Youn Kyung Jeong | Social Security number or ITIN  xxx–xx–4585 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  14–11816–RG

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hyun Jeong

Youn Kyung Jeong
aka Youn Kyung Lee

3/20/19

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                     United States Bankruptcy Court
                           District of New Jersey

In re:                                                    Case No. 14-11816-RG
Hyun Jeong                                                Chapter 13
Youn Kyung Jeong
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: Mar 20, 2019
                             Form ID: 3180W           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db/jdb         +Hyun Jeong,    Youn Kyung Jeong,     1454 Westgate Drive,    Fort Lee, NJ 07024-2171
514504802      +HSBC,    PO Box 5452,    Mt. Laurel, NJ 08054-5452
514644363      +HSBC Bank c/o PHH Mortgage Corp.,     2001 Bishops Gate Blvd.,    MailStop: SBRP,
                 Mt. Laurel, New Jersey 08054-4604
516864563      +Nationstat LLC, P.O.BOX 619094,    Dallas, TX 75261-9094
516864564      +Nationstat LLC, P.O.BOX 619094,    Dallas, TX 75216-9741,    Nationstat LLC, P.O.BOX 619094,
                 Dallas, TX 75261-9094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2019 23:51:20    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2019 23:51:14    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514504796      +EDI: AMEREXPR.COM Mar 21 2019 03:08:00    American Express,    P.O Box 1270,
                 Newark, NJ 07101-1270
514794671       EDI: BECKLEE.COM Mar 21 2019 03:08:00    American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514504797      +EDI: BANKAMER2.COM Mar 21 2019 03:08:00    Bank of America,    P.O Box 17054,
                 Wilmington, DE 19850-7054
514504800      +EDI: CHASE.COM Mar 21 2019 03:08:00    CHASE,   P.O BOX 15298,    WILMINGTON, DE 19850-5298
514812633       EDI: PRA.COM Mar 21 2019 03:08:00    Portfolio Recovery Associates, LLC,    c/o Gymboree,
                 POB 41067,   Norfolk VA 23541
514812632       EDI: PRA.COM Mar 21 2019 03:08:00    Portfolio Recovery Associates, LLC,    c/o Skypass Visa,
                 POB 41067,   Norfolk VA 23541
514504803       EDI: USBANKARS.COM Mar 21 2019 03:08:00    US Bank,    PO Box 790408,   St. Louis, MO 63179
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514504798*     +Bank of America,   P.O Box 17054,    Wilmington, DE 19850-7054
514504799*     +Bank of America,   P.O Box 17054,    Wilmington, DE 19850-7054
514504801*     +CHASE,   P.O BOX 15298,   WILMINGTON, DE 19850-5298
514504804*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    PO Box 790408,   St. Louis, MO 63179)
                                                                      TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor   HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor   HSBC Bank USA, N.A. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dong Sung Kim    on behalf of Debtor Hyun  Jeong kimchoikim@gmail.com
              Dong Sung Kim    on behalf of Joint Debtor Youn Kyung  Jeong kimchoikim@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   NATIONSTAR MORTGAGE LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 20, 2019
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
                                                                                         TOTAL: 10