Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14–11816–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hyun Jeong | Youn Kyung Jeong |
| 1454 Westgate Drive | aka Youn Kyung Lee |
| Fort Lee, NJ 07024 | 1454 Westgate Drive |
| | Fort Lee, NJ 07024 |

Social Security No.:
    xxx–xx–3846                    xxx–xx–4585
Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 25, 2019</u>            <u>Rosemary Gambardella</u>
                                        Judge, United States Bankruptcy Court